UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/19
```

PHILLIP SULLIVAN, JR., *on behalf of himself and all others similarly situated*,

Plaintiff,

-against-

GROUP NINE MEDIA, INC.,

Defendant.

Case No.: 18-cv-8554

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, GROUP NINE MEDIA, INC., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: /s/ Nadav Zamir
Nadav Zamir, Esq.
Group Nine Media
568 Broadway, Suite 506
New York, NY 10012
Telephone: (646) 787-8923
nzamir@groupninemedia.com

Date: 1/9/2019

For the Plaintiff:

By: /s/ C.K. Lee
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 1/9/19

SO ORDERED

_____
U.S.D.J.
01-10-19